HUGHES FINANCIAL LAW
C. Anthony Hughes SBN: 250998
Gloria Zhijun Gong SBN: 258590
Aaron C Koenig SBN: 255387
1395 Garden Highway, Suite 150
Sacramento, CA 95833
Ph: 916-485-1111
E-mail: Aaron@4851111.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>GLENN ALLEN SHAFFNER, JR.<br><br>AND JEANETTE LOIS SHAFFNER, (deceased)<br><br>DEBTORS | Case No.: 2011-28662-B-13J<br><br>DC NO.: CAH-1<br><br>**MOTION FOR SUBSTITUTION OF DECEASED PARTY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1004**<br><br>DATE: September 30, 2014<br>TIME: 9:32 a.m.<br>JUDGE: Hon. Thomas C. Holman<br>LOCATION: 501 I Street<br>6th Floor, Courtroom 32<br>Sacramento, CA 95814 |

MOTION FOR SUBSTITUTION OF DECEASED PARTY PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1004

Debtor, Glenn Allen Shaffner Jr., by and through his attorney, hereby moves the Court for an Order approving the motion to substitute the Debtor for the deceased Joint Debtor. This motion is being filed pursuant to Federal Rule Of Bankruptcy Procedure 1004.1.

1. The debtor's filed for relief under Chapter 13 of the Bankruptcy Code on April, 2011. On June 20, 2011, the debtor's Chapter 13 Plan was confirmed.

2. On September 8, 2012 the joint debtor passed away. The Debtor is the lawful successor and representative of the Debtor.

3. Pursuant to Federal Rule of Bankruptcy Procedure 1004.1, the debtor is requesting authorization to be substituting in for the deceased debtor and to perform the obligations and duties of the deceased party in addition to performing his own obligations and duties.

4. In this case the Suggestion of Death was filed on May 9, 2014. A copy of the Death Certificate is attached as Exhibit A. The party who wants to be substituted in for the deceased joint debtor is the spouse of the deceased party and is the successor's heir and lawful representative. See Declaration of Debtor. The debtor will continue to prosecute this case in a timely and reasonable manner.

WHEREFORE, the debtor, as successor and representative of Jeanette Lois Shaffner, requests an order of substitution be entered substituting Glenn Allen Shaffner Jr. as party in lieu of the deceased joint debtor.

Dated: 8/25/2014

                              HUGHES FINANCIAL LAW


                              BY:  /s/Aaron C. Koenig_____
                                   Aaron C. Koenig
                                   Attorney for debtor